IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHEN DONNELLE CODY                                              PLAINTIFF

    v.                           No. 09-6016

MS. JACUELINE NEWBURN, Jail
Administrator; Clark County
Detention Center; TIM PATTERSON,
Chief Deputy; RICK LOY, Interm
Jail Administrator; Clark County
Detention Center; and DAVID TURNER,
Sheriff, Clark County                                              DEFENDANTS

## ORDER

Now on this 14th day of September 2011, there comes on for consideration the report and recommendation filed herein on August 25, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 72). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 75).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 50) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**