IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHEN DONNELLE CODY                                          PLAINTIFF

    v.                     No. 09-6016

MS. JACUELINE NEWBURN, Jail
Administrator; Clark County
Detention Center; TIM PATTERSON,
Chief Deputy; RICK LOY, Interim
Jail Administrator; Clark County
Detention Center; and DAVID TURNER,
Sheriff, Clark County                                          DEFENDANTS

AND

STEVEN D. CODY                                                 PLAINTIFF

    v.                     No. 09-6026

JAQUEINE NEWBORN, Jail
Administrator, Clark County
Detention Center, TIM PATTERSON,
Chief Deputy, Clark County
Detention Center; RICK LOY,
Jail Administrator, Clark
County Detention Center; DAVID
TURNER, Sheriff, Clark County;
and OFFICER MOORE                                              DEFENDANTS

AND

STEPHEN CODY                                                   PLAINTIFF

    v.                     No. 10-6014

RICK LOY, Jail Administrator;
RAY WINSFIELD, Chief Deputy;
RAYMOND MOORE, Jailer                                          DEFENDANTS

**<u>ORDER</u>**

    Now on this 30th day of March 2012, there comes on for consideration the report and recommendation filed in these consolidated cases on February 29, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of

Arkansas. (Doc. 109). An evidentiary hearing was held on February 15, 2012, and the parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, judgment is entered in favor of Defendants, and these cases are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge