IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHEN DONNELLE CODY                                              PLAINTIFF

    v.                            No. 09-6016

MS. JACUELINE NEWBURN, Jail
Administrator; Clark County
Detention Center; TIM PATTERSON,
Chief Deputy; RICK LOY, Interim
Jail Administrator; Clark County
Detention Center; and DAVID TURNER,
Sheriff, Clark County                                              DEFENDANTS

AND

STEVEN D. CODY                                                     PLAINTIFF

    v.                            No. 09-6026

JAQUEINE NEWBORN, Jail
Administrator, Clark County
Detention Center, TIM PATTERSON,
Chief Deputy, Clark County
Detention Center; RICK LOY,
Jail Administrator, Clark
County Detention Center; DAVID
TURNER, Sheriff, Clark County;
and OFFICER MOORE                                                  DEFENDANTS

AND

STEPHEN CODY                                                       PLAINTIFF

    v.                            No. 10-6014

RICK LOY, Jail Administrator;
RAY WINSFIELD, Chief Deputy;
RAYMOND MOORE, Jailer                                              DEFENDANTS

JUDGMENT

For reasons set forth in the Order filed contemporaneously herewith and the report and recommendation (doc. 109), judgment is entered in favor of the Defendants. Accordingly, these

**AO72A**
**(Rev. 8/82)**

consolidated cases are DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 30th day of March, 2012.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge